ACCEPTED
15-24-00033-cv
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/16/2025 3:33 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00033-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/16/2025 3:33:11 PM
CHRISTOPHER A. PRINE
Clerk

## IN THE COURT OF APPEALS FOR THE FIFTEENTH DISTRICT OF TEXAS AUSTIN

ROBERT WAYNE MITCHELL,

Appellant,

V.

BRYAN COLLIER IN HIS OFFICIAL CAPACITY AS EXECUTIVE DIRECTOR OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE,

Appellee.

ON APPEAL FROM THE 298th JUDICIAL DISTRICT COURT OF DALLAS COUNTY, TEXAS
TRIAL COURT CAUSE NO. DC-23-04417

## NOTICE OF APPEARANCE OF COUNSEL
## ON BEHALF OF DEFENDANT-APPELLEE BRYAN COLLIER

Defendant-Appellee Bryan Collier files this Notice of Appearance of Counsel. Assistant Attorney General ("AAG") Vishal V. Iyer has been assigned to this case, as Jordan D. Ninh is no longer employed with the Office of the Attorney General of Texas. Defendant-Appellee Bryan Collier requests that AAG Vishal Iyer be substituted as attorney-in-charge, and that all electronic notices be sent to him at the contact information in his signature block below, and that Jordan D. Ninh be removed from future electronic notices in this case.

Respectfully submitted,

**Ken Paxton**
Attorney General of Texas

**Brent Webster**
First Assistant Attorney General

**Ralph Molina**
Deputy First Assistant Attorney General

**James Lloyd**
Deputy Attorney General for Civil Litigation

**Shanna E. Molinare**
Division Chief
Law Enforcement Defense Division

*/s/ Vishal V. Iyer*
**Vishal V. Iyer**
Texas Bar No. 24106134
Assistant Attorney General
Law Enforcement Defense Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711–2548
p: (512) 463–2080
e: vishal.iyer@oag.texas.gov

**Counsel for Defendant-Appellee**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served upon counsel for the appellant as indicated below, in accordance with the Texas Rules of Civil Procedure and Texas Rules of Appellate Procedure as follows:

Taj A. Warren
**twarren@warrenlawpllc.com**
**Counsel for Appellant**
**Robert Wayne Mitchell**               */s/ Vishal V. Iyer*
                                        **Vishal V. Iyer**
                                        Assistant Attorney General

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jill Couey on behalf of Vishal Iyer
Bar No. 24106134
Jill.Couey@oag.texas.gov
Envelope ID: 96320367
Filing Code Description: Other Document
Filing Description: 20250116_Notice of Appearance for Defendant Appellee
Status as of 1/16/2025 4:12 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Vishal Iyer | | vishal.iyer@oag.texas.gov | 1/16/2025 3:33:11 PM | SENT |
| James Rheams | | James.Rheams@oag.texas.gov | 1/16/2025 3:33:11 PM | SENT |